The People of the State of New York, Plaintiff, v. Republic Savings and Loan Association, Defendant. In the Matter of the Claim of George J. Kilgen, Appellant; Edward G. Riggs and Otto Kelsey, as Receivers of the Republic Savings and Loan Association, and M. Jesse Henry, as Receiver, etc., of George J. Kilgen, Respondents.— Judgment and order affirmed, with costs to the respondents, receivers of the Republic Savings and Loan Association. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Ezekiel C. M. Rand, Respondent, v. Russell Sage, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ.

Theodore F. Reed, Appellant, v. Provident Savings Life Assurance Society, Appellant, Impleaded with John O. Reed and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Benjamin J. Reilly, Respondent, v. Empire Life Insurance Company, Appellant.— Judgment affirmed, on the authority of *Reilly* v. *Empire Life Insurance Co.* (99 App. Div. 535), with costs. Woodward, Jenks, Hooker and Rich, JJ., concurred.

Ferdinand Reinheimer, Appellant, v. Henry Heyman, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Domenico Rende, as Administrator, etc., of Giuseppe Rende, Deceased, Respondent, v. New York and Texas Steamship Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Rich and Miller, JJ., concurred; Jenks, J., dissented.

Henry Schoener, an Infant, by William Schoener, His Guardian ad Litem, Respondent, v. The Hartford Carpet Corporation, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ.

George J. Schroeder, Respondent, v. Ehler Meyer, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks and Hooker, JJ.

Mary A. Schultz, Respondent, v. The Greenwood Cemetery and William Smith, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Margaret M. Von Der Heide, Respondent, v. Lena Schutte, Widow of John C. Schutte, Deceased, Late of the City and County of New York, Individually and as Administratrix, etc., of Said Deceased, and Others, Appellants.— Orders affirmed, with ten dollars costs and disbursements in each case. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Joseph Weinstein, Appellant, v. Sam Shapiro and Abe Goodman, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Otto F. Peterson, Appellant, v. Louis Bonert, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Rich, JJ., concurred.

The People of the State of New York ex rel. Francis Gottsberger, Appellant, v. Martin W. Littleton, as President of the Borough of Brooklyn, Respondent.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Benjamin Barg, Respondent, v. Dry Dock, East Broadway and Battery Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Samuel Baughen, Respondent, v. New York City Railway Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

David Berkowitz, Appellant, v. Chicago, Milwaukee and St. Paul Railway Company and Another, Respondents.— Judgment of the Municipal Court reversed as to the defendant, The New York Central and Hudson River Railroad Company and new trial ordered, costs to abide the event No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.